## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYE RAMIREZ, FREDDY TREJOS, ANDRIY CHORNY, GILDER WHITLOCK, BRUCE BRAKE, DAN FEIST, ROBERT BETSWORTH, JOHN VAUGHAN, DAVID GOODRICH, MELVIN ALEXANDER, BEVERLY SAYERS, MELVIN MCCONNELL, IYANSE RODRIGUEZ, and THOMAS HUTCHISON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC<br><br>Defendant. | CASE NO. 3:17-cv-01467-EMC |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Maye Ramirez, Freddy Trejos, Andriy Chorny, Gilder Whitlock, Bruce Brake, Dan Feist, Robert Betsworth, John Vaughan, Melvin Alexander, Beverly Sayers, David Goodrich, Melvin McConnell, Iyanse Rodriguez and Thomas Hutchison (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby dismisses their claims against Defendant, FCA US LLC, without prejudice.

Dated:  September 28, 2021          Respectfully submitted,

          /s/ James C. Shah
          James C. Shah
          **MILLER SHAH, LLP**
          201 Filbert Street, Suite 201
          San Francisco, CA 94133

Telephone: (856) 858-1770
Facsimile: (866) 300-7367
Email: jcshah@millershah.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James C. Shah*_____
James C. Shah